IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH HORNE,
    Plaintiff,

vs.                                          Case No. 3:09cv194/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

### O R D E R

        Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and a motion for leave to proceed in forma pauperis (Docs. 1, 3).  In the affidavit of financial status, Plaintiff indicates that his monthly income is approximately $2,772.00, with monthly debts totaling approximately $1,380.00 (Doc. 3, Affidavit at 3).  It affirmatively appears that leave to proceed in forma pauperis should be denied, as Plaintiff has approximately $1,392.00 a month available in disposable income.  Therefore, in order to proceed with this case, Plaintiff must pay the full filing fee of $350.00.

        Accordingly, it is **ORDERED**:

        1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is **DENIED**.  To proceed with this case, Plaintiff shall submit payment of $350.00 to the clerk of this court within **THIRTY (30) DAYS** of the date of docketing of this order.

        2.    Failure to comply with this order may result in a recommendation that this case be dismissed.

        **DONE AND ORDERED** this 8th day of May 2009.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**