IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH HORNE,
      Plaintiff,

vs.                             Case No. 3:09cv194/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
      Defendant.
_____ /

## O R D E R

    Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and has paid the filing fee (Docs. 1, 5).

    Accordingly, it is **ORDERED**:

    1.      As requested by Plaintiff's counsel (*see* Doc. 3), the clerk of court is directed to "issue" the summonses previously provided by Plaintiff's counsel and return them to him so that he may effect service.

    2.      After a response to the complaint has been filed by Defendant, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each Defendant or to the attorney representing each Defendant.  Any paper submitted for filing after a response to the complaint has been filed by Defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

    **DONE AND ORDERED** this 19th day of May 2009.


                        */s/ Elizabeth M. Timothy*_____
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**