IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH HORNE,
    Plaintiff,

vs.                            Case No.: 3:09cv194/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 8, 2011 (doc. 40). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation and the record, the court determines that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The Motion for Attorney Fees Under the Social Security Act, 42 U.S.C. § 406(b) (doc. 35) is **GRANTED**. Petitioner should be awarded attorneys' fees in the amount of $20,244.00, to be paid out of the sums withheld by the Commissioner from the past due benefits of Plaintiff and his daughter.

**DONE AND ORDERED** this 15th day of December, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**